**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Stanford Sonoma Corp. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**   8 2 – 2 2 5 6 0 9 4

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4808 Eastover Circle** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Mesquite**      **TX**    **75149** | |
| City           State   ZIP Code | City            State   ZIP Code |
| **Dallas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City            State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Stanford Sonoma Corp.** _____   Case number (if known) _____

| | |
|---|---|
| 7. | **Describe debtor's business** |

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.   *Check all that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Stanford Sonoma Corp.**                                    Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

         District _____ When _____ Case number _____
                                          MM / DD / YYYY

         District _____ When _____ Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                          MM / DD / YYYY
         Case number, if known _____

         Debtor _____ Relationship _____
         District _____ When _____
                                          MM / DD / YYYY
         Case number, if known _____

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

         **Why does the property need immediate attention?**      *(Check all that apply.)*

         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
            What is the hazard? _____

         ☐ It needs to be physically secured or protected from the weather.

         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

         ☐ Other _____

         **Where is the property?** _____
                                    Number     Street

                                    _____

                                    _____
                                    City                    State    ZIP Code

         **Is the property insured?**

         ☐ No
         ☐ Yes. Insurance agency _____
                 Contact name _____
                 Phone _____

Debtor   **Stanford Sonoma Corp.** _____   Case number (if known) _____

---

### Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:* |

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☑ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/17/2023** _____
      MM / DD / YYYY

**X /s/ Aaron Brewer** _____
      Signature of authorized representative of debtor

**Aaron Brewer** _____
      Printed name

**Chief Executive Officer** _____
      Title

Debtor  **Stanford Sonoma Corp.**                                          Case number (if known) _____

---

18.  **Signature of attorney**          **X** **/s/ Howard Marc Spector**                          Date  **04/17/2023**

Signature of attorney for debtor                MM / DD / YYYY

**Howard Marc Spector**

Printed name

**Spector & Cox, PLLC**

Firm name

**12770 Coit Road**

Number        Street

**Suite 850**

**Dallas**                                                **TX**        **75251**

City                                                      State       ZIP Code

**(214) 365-5377**                                        **hms7@cornell.edu**

Contact phone                                            Email address

**00785023**                                              **TX**

Bar number                                               State

---

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 5

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/17/2023**
         MM / DD / YYYY

X **/s/ Aaron Brewer**
Signature of individual signing on behalf of debtor

**Aaron Brewer**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

| **Fill in this information to identify the case:** |
| --- |

Debtor name   **Stanford Sonoma Corp.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Prominox USA<br>2805 MARKET ST.<br>SUITE 150<br>GARLAND, TX 75041 | | | | | | $80,609.09 |
| 2 | FASTSIGNS<br>2116 E US HIGHWAY 377<br>GRANBURY, TX 76049 | | | | | | $60,930.95 |
| 3 | FASTSIGNS<br>18021 SKY PARK CIRCLE<br>STE J<br>IRVINE, CA 92614 | | | | | | $60,930.95 |
| 4 | FASTSIGNS<br>1140 W. BARDIN RD.<br>#100<br>ARLINGTON, TX 76017 | | | | | | $60,930.95 |
| 5 | FASTSIGNS<br>141 NORTH AVENUE, NE<br>ATLANTA, GA 30308 | | | | | | $60,930.95 |

Debtor    **Stanford Sonoma Corp.** _____      Case number (if known) _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  CaptiveAire 4641 PARAGON PARK RALEIGH, NC 27616 | | | | | | $36,084.55 |
| 7  Lee Roy Jordan Redwood Lumber 11529 Emerald St DALLAS, TX 75229 | | | | | | $33,380.52 |
| 8  Star Manufacturing Int'l 265 Hobson St. SMITHVILLE, TN 37166-2812 | | | | | | $33,303.69 |
| 9  TCS - THE COLOR SPOT 839 PICKENS INDUSTRIAL DR MARIETTA, GA 30062 | | | | | | $32,301.30 |
| 10  Wells Bloomfield LLC. 265 HOBSON ST. SMITHVILLE, TN 37166 | | | | | | $30,392.19 |
| 11  American Wholesale Lighting 1725 RUTAN DR LIVERMORE, CA 94551 | | | | | | $28,257.10 |
| 12  V.B. Stainless, Inc. P.O. BOX 887 KENNEDALE, TX 76060 | | | | | | $28,224.00 |
| 13  MOD OP 12377 MERIT DR. SUITE 800 DALLAS, TX 75251 | | | | | | $26,506.28 |

Debtor     **Stanford Sonoma Corp.**

Name      Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 METAL WEST LLC 3730 FORREST LANE GARLAND, TX 75042 | | | | | | $24,337.00 |
| 15 LinQ Transport Inc. 2004 L. Don Dodson Dr. BEDFORD, TX 76021 | | | | | | $19,670.18 |
| 16 Duncan Supply Co., Inc. P.O. BOX 441280 INDIANAPOLIS, IN 46244-1280 | | | | | | $19,545.87 |
| 17 WEBSTAURANT STORE 42 INDUSTRIAL CIRCLE DEPARTMENT DOOR #21 LANCASTER, PA 17601 | | | | | | $16,798.64 |
| 18 CAMBRO MANUFACTURING CO 5801 SKYLAB ROAD P.O. BOX 2000 HUNTINGTON BEACH, CA 92647-2056 | | | | | | $16,175.81 |
| 19 RELIANT NRG P.O. BOX 1532 HOUSTON, TX 77251-1532 | | | | | | $15,120.18 |
| 20 C&T Design and Equipment Company 2400 N. KAUFMAN STREET ENNIS, TX 75119 | | | | | | $13,910.85 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Stanford Sonoma Corp.**                                        CASE NO

                                                                         CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/17/2023                                 Signature  **/s/ Aaron Brewer**
                                                           **Aaron Brewer**
                                                           **Chief Executive Officer**


Date  _____        Signature  _____

24 HOUR, LTD.
8911 DIRECTORS ROW
DALLAS, TX 75247


321 Hajoca Corporation. Dallas
10431 Miller Road
DALLAS, TX 75238-1225


ACCUTEMP PRODUCTS, INC
11919 JOHN ADAMS DRIVE
NEW HAVEN, IN 46774


ACES STAINLESS, LLC
2501 S. 15TH ST.
CORSICANA, TX 75110


ACM - ARCHITECTURAL CARPENTRY MATERIALS
P.O. BOX 195187
DALLAS, TX 75219


Admiral Craft Equipment
55 JERICHO TPKE
SUITE 302A
JERICHO, NY 11753


ADP, LLC
1851 N RESLER DRIVE MS-600
EL PASO, TX 79912


ADT COMMERCIAL
PO BOX 219044
KANSAS CITY, MO 64121-9044


Advance Tabco
325 WIRELESS BLVD
HAUPPAUGE, NY 11788-3973

AERO MANUFACGTURING CO, INC.
310 ALLWOOD ROAD
CLIFTON, NJ 7012


AIR MAC
PO BOC 561707
DALLAS, TX 75356


Airco
3880 IRVING BLVD
DALLAS, TX 75247


Alfa International
4 KAYSAL COURT
ARMONK, NY 10504-1309


ALL SIZE PALLET SUPPLY
12010 CRUMPTON
BALCH SPRINGS, TX 75180


American Wholesale Lighting
1725 RUTAN DR
LIVERMORE, CA 94551


APOLLO MACHINES TOOL SERVICE INC.
P.O. BOX 5708
ARLINGTON, TX 76005


APW WYOTT
P.O. BOX 841466
DALLAS, TX 75284-1466


ARCBEST
PO BOX 10048
FORT SMITH, AR 72917-0048

ARNOLD BROTHERS FOREST PRODUCTS
201 NORTH BELTLINE ROAD
IRVING, TX 75061


ATMOS
PO BOX 790311
ST LOUIS, MO 63179-0311


B.J. GLASS COMPANY STAFFORD J HOLDINGS
PO BOX 369
CRANDALL, TX 75114


BAILEIGH INDUSTRIAL INC.
1625 DUFEK DRIVE
PO BOX 531
MANITOWOC, WI 54221-0531


BBQ GUYS
8151 Airline Hwy
BATON ROGUE, LA 70815


BG FLOOR CARE
100 ARMSTRONG ROAD
SUITE 101
PLYMOUTH, MA 2360


BID ON EQUIPMENT.COM
2854 CORPORATE PARKWAY
ALOQUIN, IL 60102


BK Resources
120 FRONTAGE RD
ALTAMONT, TX 62411


BLACKSON BRICK
4474 SIGMA ROAD
DALLAS, TX 75244

BORDERLAND RUSTIC HARDWARE, LLC
5420 CONNERS
EL PASO, TX 79932


Boyd Metals of Tyler
8102 CR 313 E
TYLER, TX 75706


Brazos Forest Products, LP
2760 N GREAT SOUTHWEST PKWY
GRAND PRAIRIE, TX 75050


BRODNAX 21C  PRINTERS
737 REGAL ROW
DALLAS, TX 75247


BURCH, FINCHER AND COMPANY
14785 PRESTON ROAD
STE 690
DALLAS, TX 75254-6829


C&T Design and Equipment Company
2400 N. KAUFMAN STREET
ENNIS, TX 75119


CACTUS MAT MFG. CO
930 WEST TENTH ST
AZUSA, CA 91702


Cadco, Ltd.
200 INTERNATIONAL WAY
WINSTEAD, CT 06098


CAM DEVELOPMENT GROUP, INC
1891 OLD GRANART ROAD
UNIT A
SUGAR GROVE, IL 60554

CAMBRO MANUFACTURING CO
5801 SKYLAB ROAD
P.O. BOX 2000
HUNTINGTON BEACH, CA 92647-2056


CANO ELECTRIC
7607 FLAGSTONE ST
FORT WORTH, TX 76118


Capitol Light
6851 SNOWDEN RD
FORT WORTH, TX 76140


CaptiveAire
4641 PARAGON PARK
RALEIGH, NC 27616


CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60675-5723


CE-DFW WAREHOUSE SOLUTIONS
PO BOC 967
GRAPEVINE, TX 76099


CENTRAL HARDWOODS
1959 W. NORTHWEST HWY
DALLAS, TX 75220


CENTRAL RESTAURANT PRODUCTS
7750 GEORGETOWN ROAD
INDIANAPOLIS, IN 46268-4135


CHAMPION ENERGY
1500 RANKIN ROAD
HOUSTON, TX 77073

CINTAS
850 FREEPORT PARKWAY
COPPEL, TX 75019


COLORADO MILL EQUIPMENT
1610 FRY AVENUE
CANON CITY, CO 81212


COMPONENT HARDWARE GROUP
P.O. BOX 789482
PHILADELPHIA, PA 19178-9482


CPO COMMERCE, LLC
125 HORIZON DRIVE
SUWANEE, GA 30024


CSI CONTROL SYSTEM INNOVATORS
FOX BLUFF CORP. CENTER
1301A BOWES ROAD
ELGIN, IL 60123


CT CORPORATION
PO BOX 4349
CAROAL STREAM, IL 60197-4349


Dakota Premium Hardwoods
641 W MOCKINGBIRD LN
DALLAS, TX 75247


DALLAS
UTILITIES AND SERVICES
1500 MARILLA, 3A
NORTH DALLAS, TX 75201


DARR EQUIPMENT CO.
PO BOX 975053
DALLAS, TX 75397-5053

DFW SAFETY & FIRST AID
4117 COLLEYVILLE BLVD
SUITE 103
COLLEYVILLE, TX 76034


DIMCO STEEL
3901 SOUTH LAMAR
DALLAS, TX 75215


Duncan Supply Co., Inc.
P.O. BOX 441280
INDIANAPOLIS, IN 46244-1280


EDWARDS MANUFACTURING COMPANY
DO NOT MAIL INVOICES
1107 SYKES STREET
ALBERT LEA, MN 56007-0000


Everest Refrigeration
201 W. ARTESIA BLVD
COMPTON, CA 90220


Excell Foodservice Equip Dealer Network
7900 E. UNION AVE.
SUITE 975
DENVER, CO 80237


FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286


FASTSIGNS
141 NORTH AVENUE, NE
ATLANTA, GA 30308


FASTSIGNS
1140 W. BARDIN RD.
#100
ARLINGTON, TX 76017

```
FASTSIGNS
18021 SKY PARK CIRCLE
STE J
IRVINE, CA 92614


FASTSIGNS
2116 E US HIGHWAY 377
GRANBURY, TX 76049



FISCHER PAPER PRODUCTS, INC.
207 WEST MILLBROOK ROAD
SUITE 200
RALEIGH, NC 27609


FISCHER PAPER PRODUCTS, INC.
179 IDA AVENUE
ANTIOCH, IL 60002



FMP - Franklin Machine Products
101 MT. HOLLY BYPASS
LUMBERTON, NJ 08048



Food Warming Equipment Co., Inc.
P.O. BOX 75102
CHICAGO, IL 60675-5102



FOODTOPIA - DCKY 043 - STAN S
801 SOUTH DENTON TAP ROAD
COPPELL, TX 75019-4510



FREEDOM EQUIPMENT
1707 NORTH RANDALL ROAD
SUITE #370
ELGIN, IL 60123


FREIGHT QUOTE INC.
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121
```

FREIGHT QUOTE INC.
P.O. BOX 9121
MINNEAPOLIS, MINNESOTA 55480-9121


Frymaster L.L.C.
P.O. BOX
DALLAS, TX 75396


G&I VII 12750 PERIMETER LP (STANFORD S)
PO BOX 742186
ATLANTA, GA 30374-2186


German Knife
4184 Conant St.
LONG BEACH, CA 90808


GLOBAL INDUSTRIAL
2505 MILL CENTER PARKWAY
SUITE 100
BUFORD, GA 30518


Globe Food Equipment Co.
2153 DRYDEN ROAD
DAYTON, OH 45439


GP CONSUMER PRODUCTS LP
PO BOX 281523
ATLANTA, GA 30384-1523


GRAINGER INDUSTRIAL SUPPLY INC.
2701 W KINGSLEY ROAD
GARLAND, TX 75201


GS1 US INC.
7887 WASHINGTON VILLAGE DRIVE
SUITE 300
DAYTON, OH 45459

Handy-Foil of America, Inc.
135 East Hintz Road
WHEELING, IL 60090


HARDWOODS INCORPORATED
2 WORMAN'S MILL CT
FREDERICK, MD 21701


Hatco
2750 TOBEY DR
INDIANAPOLIS, IN 46219


HECTOR CASILLAS JR
3009 GRINNELL AVENUE
FORT SMITH, AR 72908


HIGIER ALLEN & LAUTIN
2711 NORTH HASKELL AVENUE
SUITE 2400
DALLAS, TX 75204


Intrycks, LLC
4879 360TH STREET
CANNON FALLS, MN 55009


IRS
P.O. Box 7346
Philadelphia, PA 19114


JB HEWITT CO. INC.
HOMESTEAD FINISHING
PO BOX 360275
CLEVELAND, OH 44136-0005


JIM C. HAMER COMPANY
P.O. BOX 418
KENOVA, WV 25530

JIM SNODGRASS - CONTRACTOR
3714 BISHOP HILL DRIVE
CARROLLTON, TX 75007


JM SWANK, LLC (CONAGRA)
395 Herky Street
PO BOX 365
NORTH LIBERTY, IA 52317


John Boos & Co.
3601 S BANKER STREET
EFFINGTON, IL 62401


KaTom Restaurant Supply
305 KATOM DR.
SUITE 1
KODAK, TN 37764


Kerry Ready
5444 TX-121
FRISCO, TX 75034


KING ARCHITECTURAL METALS
PO Box 572027
DALLAS, TX 75357


Krowne Metal Corp
100 HAUL RD
WAYNE, NJ 07470


KWS MANUFACTURING COMPANY, LTD.
3041 CONVEYOR DRIVE
BURLESON, TX 76028


Lane & McClain Distributors, Inc.
2062 Irving Blvd.
IRVING, TX 75207

Lead Forensics, Inc
2970 Clairmont Road NE.
SUITE 450
ATLANTA, GA 30329


Lee Roy Jordan Redwood Lumber
11529 Emerald St
DALLAS, TX 75229


LIBERTY MUTUAL INSURANCE
P.O. BOX 91013
CHICAGO, IL 60680-1171


LinQ Transport Inc.
2004 L. Don Dodson Dr.
BEDFORD, TX 76021


LOCKNET
800 JOHN C WATTS DRIVE
NICHOLASVILLE, KY 40356


Logistics Dynamics, LLC
1140 Wehrle Drive.
AMHERST, NY 14221


MANPOWER
21271 NETWORK PLACE
CHICAGO, IL 60673-1212


Marken Construction Serrvices, Inc.
191 North Street
#201
BUFFALO, NY 14201


MARKING SYSTEMS INCORPORATED
2601 MARKET STREET
GARLAND, TX 75041

```
MARSH & MCLENNAN AGENCY
7225 NORTHLAND DRIVE NORTH
STE 300
MINNEAPOLIS, MN 55428


MCNICHOLS COMPANY
PO BOX 30300
TAMPA, FL 33630



Mercer Culinary
1860 SMITHTOWN AVE
RONKONKOMA, NY 11779



METAL WEST LLC
3730 FORREST LANE
GARLAND, TX 75042



METALS LLC GARLAND
3730 FOREST LANE
GARLAND, TX 75042



MetroPlex Welding Supply, Inc.
19670 W. NORTHWEST HWY
DALLAS, TX 75220



MG Industrial Inc.
21 W. 569 KENSINGTON RD.
GLEN ELLYN, IL 60137



MITCHELL MACHINE MOVING INC.
PO BOX 1914
NORTH MASSAPEQUA, NY 11758



MLC CAD SYSTEMS
4625 W WILLIAM CANNON DRIVE
BUILDING 5
AUSTIN, TX 78749
```

MMI GRAIN STORAGE LLC
610 WEST VIRGINIA AVENUE
CREWE, VA 23930


MOD OP
12377 MERIT DR.
SUITE 800
DALLAS, TX 75251


NOBLE WATER TECHNOLOGIES
PO BOX 9033
DALLAS, TX 75209


NOVA ALLOYS, INC.
1100 CHASE ROAD
SUITE 400
MESQUITE, TX 75149


OAK STREET LOGISTICS, INC.
15952 197TH STREET
PO BOX 9
MONTICELLO, IA 52310


Omcan USA
15056 SHOEMAKER AVE
SANTA FE SPRING, CA 90670


Orkin, LLC
3330 KELLER SPRINGS RD.
SUITE 250
CARROLLTON, TX 75042


PAL-SERV OF DALLAS, LLC
PO BOX 260845
PLANO, TX 75026-0845


PENNINGTON CONCRETE CONSTRUCTION
13350 EULESS STREET
EULESS, TX 76040-7225

PIONEER MACHINE SALES
25902 MIA ROSA CT
KATY, TX 77494


Prairie View Industries
2620 INDUSTRIAL DR
PO BOX 575
FAIRBURY, NE 68352


PROCEILING TILES
2510 STANLEY GAULT PKWY
LOUISVILLE, KY 40223


PROJECT TOOL & DIE
6955 DANYEUR ROAD
REDDING, CA 96001


Prominox USA
2805 MARKET ST.
SUITE 150
GARLAND, TX 75041


PUCKETT ELECTRIC
2602 INDUSTRIAL LANE
GARLAND, TX 75041


QUALSERV SOLUTIONS LLC
7400 S. 28TH STREET
P.O. BOX 6536
FORT SMITH, AR 72908


REED INDUSTRIAL SYSTEMS, INC
P.O. BOX 551611
DALLAS, TX 75355-1611


RELIANT NRG
P.O. BOX 1532
HOUSTON, TX 77251-1532

REM RESTAURANT CORPORATION
444 IRWIN STREET
MUSKEGON, MI 49442


ROCKLER
584 W I-30
SUITE 403
GARLAND, TX 75043

RUSCO PACKAGING INC.
PO BOX 226685
DALLAS, TX 75222-6685


Ryder Truck Rental, Inc.
3500 BELTLINE ROAD
FARMERS BRANCH, TX 75234


S.O.T. ABRASIVES AND EQUIPMENT
10750 METRIC DRIVE
DALLAS, TX 75243


SAIA MOTOR FREIGHT LINE, LLC
P.O. BOX 730532
DALLAS, TX 75373-0532


Salesforce.com, Inc.
P.O.Box 203141
DALLAS, TX 75320-3141


Smart Sheet Inc.
Dept 3421
P.O.Box 123421
DALLAS, TX 75312-3421


SMK TRI-CITIES INC.
PO BOX 2548
PASCO, WA 99302

```
SOUTHERN DOCK PRODUCTS
11431 FERRELL DRIVE
SUITE 204
FARMERS BRANCH, TX 75234


Southern Stud Weld
3645 Conflans RD
IRVING, TX 75061



Southwest Glassware
7521 N. I-10 Frontage Rd.
TUCSON, AZ 85743



Sparkletts & Sierra Springs
P.O.Box 660579
DALLAS, TX 75266-0579



SPECTRUM BUSINESS
TIME WARNER CABLE
CITY OF INDUSTRY, CA 91716-0074



Star Manufacturing Int'l
265 Hobson St.
SMITHVILLE, TN 37166-2812



STEEL F/X
893 E. FACTORY DRIVE
ST. GEORGE, UT 84790



STILES MACHINERY
800 FREEPORT PARKWAY
SUITE 100
COPPELL, TX 75019


Strategic Growth, Inc.
7000 N. Mopac Expressway
SUITE #200
AUSTIN, TX 78731
```

SUPERIOR TRAILER SALES CO.
4624 NORTH MCCARTY STREET
HOUSTON, TX 77013


T.G.R. Logistics, Inc.
13990 FIR STREET
OREGON CITY, OR 97045


TAMLIN SOFTWARE
8140 WALNUT HILL LANE
SUITE 525
DALLAS, TX 75231


TCS - THE COLOR SPOT
839 PICKENS INDUSTRIAL DR
MARIETTA, GA 30062


TERMINIX COMMERCIAL
TERMINIX PROCESSING CENTER
401 INTERNATIONAL PARKWAY
STE 104
RICHARDSON, TX 75081

TEXAS COMPRESSOR EAST
104 SOUTH LAMAR STEET
DALLAS, TX 75117


TEXAS POLY INC.
1375 WESTPARK WAY
EULESS, TX 76040


THE HARTFORD FIRE INSURANCE COMPANY
PO BOX 660916
DALLAS, TX 75266-0916


THE HOME DEPOT
11255 GARLAND ROAD
DALLAS, TX 75218

```
THE HOME DEPOT
6000 SKILLMAN STREET
DALLAS, TX 75231



THE UPS STORE
9540 GARLAND ROAD
DALLAS, TX 75218



TIME WARNER CABLE
3301 W ROYAL LN
IRVING, TX 75063



TONY COLLINS ART, INC.
2005 WALL STREET
DALLAS, TX 75215



TOTAL QUALITY LOGISTICS
PO BOX 634458
CINCINNATI, OH 45263-4558



Trade Show Technologies, Inc.
1680 THE GREENS WAY
SUITE 100
JACKSONVILLE BEACH,  32250



UL LLC
333 PFINGSTEN ROAD
NORTHBROOK, IL 60062



ULINE
PO BOX 88741
CHICAGO, IL 60680-1741



UNITED MECHANICAL
11540 PLANO ROAD
PO BOX 551206
DALLAS, TX 75355-1206
```

United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242


UNIVAR - PERSONAL CARE AND FOOD INGRD
10889 BEKAY ST
DALLAS, TX 75238



UNOX, INC.
987 AIRLIE PARKWAY
DENVER, CO 28037



V.B. Stainless, Inc.
P.O. BOX 887
KENNEDALE, TX 76060



WASTE CONNECTION
12150 GARLAND RD
DALLAS, TX 75218-1533



WAYNE'S INDUSTRIAL SERVICE, INC.
1409 AVENUE H
GRAND PRAIRIE, TEXAS 75050



WEBSTAURANT STORE
42 INDUSTRIAL CIRCLE
DEPARTMENT DOOR #21
LANCASTER, PA 17601


WELDERS WAREHOUSE CORP.
P.O. BOX 565226
DALLAS, TEXAS 75356



Wells Bloomfield LLC.
265 HOBSON ST.
SMITHVILLE, TN 37166

WESCO DISTRIBUTION INC
9400 N ROYAL
STE 100
IRVING, TX 75063


WICK, PHILLIPS, GOULD AND MARTIN LLP
3131 MCKINNEY AVENUE
STE 100
DALLAS, TX 75204


WILSON TOOL INTERNATIONAL
12912 FARNHAM AVENUE
WHITE BEAR LAKE, MINNESOTA 55110


Winco
65 INDUSTRIAL ROAD
LODI, NJ 07644-2607


WSM
665 MURLARK AVE NW
PO BOX 52888
SALEM, OR 97304