| 04/20/23 | 06:24:59 PM | STANFORD SONOMA | | | Page 1 of 3 |

Printed By: Jay Rooney

# Balance Sheet
### Dec 22 vs Dec 21

| (In Dollars) | | | Dec 22 | Dec 21 | Variance |
|---|---|---|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | | | | | |
| 1000 | Cash | | 0.00 | (115,730.64) | 115,730.64 |
| 1020 | Clearing Account | | 111,192.17 | 110,253.52 | 938.65 |
| 1040 | CASH | | 107.22 | (58,659.77) | 58,766.99 |
| 1045 | CASH - EQUIPMENT | | 0.00 | 180,835.15 | (180,835.15) |
| Total Cash | | | 111,299.39 | 116,698.26 | (5,398.87) |
| Account Receivable Trade | | | | | |
| 1050 | Accounts Receivable | | 408,457.93 | (749,949.19) | 1,158,407.12 |
| 1055 | AR Adjustments | | (138,599.27) | (98,750.56) | (39,848.71) |
| 1060 | Pre-Payment Account | | 28,100.33 | 44,680.24 | (16,579.91) |
| Total Account Receivable Trade | | | 297,958.99 | (804,019.51) | 1,101,978.50 |
| Inventory | | | | | |
| 1100 | Inventory - Raw Materials | | 0.00 | 15,526.98 | (15,526.98) |
| 1110 | Inventory Finished Goods | | (847.65) | 65,704.79 | (66,552.44) |
| 2998 | Accrued Received Goods | | 18,093.25 | 18,093.25 | 0.00 |
| Total Inventory | | | 17,245.60 | 99,325.02 | (82,079.42) |
| Prepaid Expenses | | | | | |
| 1400 | Prepaid Insurance | | 0.00 | 3,204.34 | (3,204.34) |
| 2351 | PPP Loan | | 0.00 | (900.00) | 900.00 |
| Total Prepaid Expenses | | | 0.00 | 2,304.34 | (2,304.34) |
| **Total Current Assets** | | | **426,503.98** | **(585,691.89)** | **1,012,195.87** |
| **Total Long-term Investments** | | | **0.00** | **0.00** | **0.00** |
| **Property, Plant and Equipment** | | | | | |
| Property - Land, Building, Equipmen | | | | | |
| 1200 | Equipment | | 543,821.61 | 543,821.61 | 0.00 |
| 1201 | Accumulated Depreciation | | (423,674.60) | (329,091.56) | (94,583.04) |
| 1205 | Leasehold Improvements | | 22,141.00 | 22,141.00 | 0.00 |
| 1215 | Furniture and Fixtures | | 9,623.83 | 9,623.83 | 0.00 |
| Total Property - Land, Building, Equipmen | | | 151,911.84 | 246,494.88 | (94,583.04) |
| **Total Property, Plant and Equipment** | | | **151,911.84** | **246,494.88** | **(94,583.04)** |
| **Total Deferred Income Tax Assets** | | | **0.00** | **0.00** | **0.00** |
| **Total Goodwill** | | | **0.00** | **0.00** | **0.00** |
| **Intangible and Other Assets** | | | | | |
| Intangible Assets | | | | | |
| 1220 | Software | | 19,774.90 | 19,774.90 | 0.00 |
| Total Intangible Assets | | | 19,774.90 | 19,774.90 | 0.00 |
| **Total Intangible and Other Assets** | | | **19,774.90** | **19,774.90** | **0.00** |
| **TOTAL ASSETS** | | | **598,190.72** | **(319,422.11)** | **917,612.83** |

| 04/20/23      06:24:59 PM | STANFORD SONOMA | | | Page 2 of 3 |
|---|---|---|---|---|
| Printed By: Jay Rooney | **Balance Sheet** | | | |
| | Dec 22 vs Dec 21 | | | |

| *(In Dollars)* | | **Dec 22** | **Dec 21** | **Variance** |
|---|---|---:|---:|---:|
| **LIABILITIES AND EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable Trade | | | | |
| 2999 | Accounts Payable | 2,070,930.07 | 501,227.68 | 1,569,702.39 |
| 3000 | Chase- Credit Card | 0.00 | (973.17) | 973.17 |
| Total Accounts Payable Trade | | 2,070,930.07 | 500,254.51 | 1,570,675.56 |
| Accrued Liabilities | | | | |
| 2020 | Accrued Liabilities | (643.18) | (13.18) | (630.00) |
| 2500 | Customer Pre-Payment | 1,694,010.98 | 669,408.56 | 1,024,602.42 |
| Total Accrued Liabilities | | 1,693,367.80 | 669,395.38 | 1,023,972.42 |
| Payroll Payable | | | | |
| 1900 | Payroll Tax Withheld | (67,130.87) | (66,326.37) | (804.50) |
| 2400 | Accrued Wages and Salaries | 496,181.80 | 318,635.80 | 177,546.00 |
| 2501 | Payroll Clearing | (17,761.91) | 4,176.23 | (21,938.14) |
| Total Payroll Payable | | 411,289.02 | 256,485.66 | 154,803.36 |
| Taxes Payable | | | | |
| 2700 | Sales Tax Payable | 239,827.23 | 223,955.58 | 15,871.65 |
| Total Taxes Payable | | 239,827.23 | 223,955.58 | 15,871.65 |
| **Total Current Liabilities** | | **4,415,414.12** | **1,650,091.13** | **2,765,322.99** |
| **Deferred Income Tax Liabilities** | | | | |
| Long-term liabilities | | | | |
| 2705 | Deferred Tax Liability | 44,969.00 | 139,621.00 | (94,652.00) |
| Total Long-term liabilities | | 44,969.00 | 139,621.00 | (94,652.00) |
| **Total Deferred Income Tax Liabilities** | | **44,969.00** | **139,621.00** | **(94,652.00)** |
| **Long-term Debt** | | | | |
| Long term loans and borrowings | | | | |
| 2725 | Loan Payable - Hall | (26,149.27) | (58,223.00) | 32,073.73 |
| 2730 | Loan Payable - DCG | 92,531.95 | 141,108.27 | (48,576.32) |
| 2740 | Loan Payable - Wycliff | 300,802.52 | 300,802.52 | 0.00 |
| Total Long term loans and borrowings | | 367,185.20 | 383,687.79 | (16,502.59) |
| **Total Long-term Debt** | | **367,185.20** | **383,687.79** | **(16,502.59)** |
| **TOTAL LIABILITIES** | | **4,827,568.32** | **2,173,399.92** | **2,654,168.40** |
| **Capital Stock** | | | | |
| Common Stock | | | | |
| 3935 | Shareholder's Capital - DCG | 450,000.00 | 450,000.00 | 0.00 |
| 3940 | Shareholder's Capital - Hall | 99,500.00 | 99,500.00 | 0.00 |
| 3945 | Shareholder's Capital - WD | 450,000.00 | 450,000.00 | 0.00 |
| Total Common Stock | | 999,500.00 | 999,500.00 | 0.00 |
| **Total Capital Stock** | | **999,500.00** | **999,500.00** | **0.00** |
| **Total Additional Paid-in Capital** | | **0.00** | **0.00** | **0.00** |
| **Retained Earnings** | | | | |
| Retained Earnings | | | | |
| 3999 | Retained Earnings | (4,406,295.78) | (1,811,307.65) | (2,594,988.13) |
| | Net Income (Loss) | (819,800.79) | (1,678,233.35) | 858,432.56 |

| 04/20/23 06:24:59 PM | STANFORD SONOMA | | Page 3 of 3 |
|---|---|---|---|
| Printed By: Jay Rooney | **Balance Sheet** | | |
| | **Dec 22 vs Dec 21** | | |

| *(In Dollars)* | **Dec 22** | **Dec 21** | **Variance** |
|---|---:|---:|---:|
| Total Retained Earnings | (5,226,096.57) | (3,489,541.00) | (1,736,555.57) |
| **Total Retained Earnings** | **(5,226,096.57)** | **(3,489,541.00)** | **(1,736,555.57)** |
| **Total Accumulated Other Comprehensive Inc** | **0.00** | **0.00** | **0.00** |
| **TOTAL EQUITY** | **(4,226,596.57)** | **(2,490,041.00)** | **(1,736,555.57)** |
| **TOTAL LIABILITIES AND EQUITY** | **600,971.75** | **(316,641.08)** | **917,612.83** |
| ***** Out of Balance By ***** | **(2,781.03)** | **(2,781.03)** | |

---

**CRITERIA**

Detail Report Sorted by Account #

Specific Option(s):
1.) Period Comparison
2.) Compare Period : Dec 22 vs Dec 21
3.) Combined
4.) Show Account ID
5.) Zero Balance Accounts Not Included
6.) Show Decimals
7.) Don't Generate Report for all Segments
8.) Don't Include Accounts with No Activity
9.) Show Liabilities and Equity on New Page
10.) Rounding Level: No Rounding