# STANFORD SONOMA
## Statement of Cash Flows
### Jan 1, 2022 through Dec 31, 2022

| (In Dollars) | 2022 |
|---|---:|
| **Cash flows from operating activities** | |
| Net income (loss) | (1,736,555.57) |
| Adjustments to reconcile net income (loss) to net cash from operations: | |
| Depreciation | 94,583.04 |
| (Increase) decrease in accounts receivable | (1,101,978.50) |
| (Increase) decrease in inventory | 82,079.42 |
| (Increase) decrease in other non-current assets | 1,365.69 |
| Increase (decrease) in accounts payable | 1,570,675.56 |
| Increase (decrease) in payroll payable | 154,803.36 |
| Increase (decrease) in sales taxes payable | 15,871.65 |
| Increase (decrease) in current deferred tax liabilities | (94,652.00) |
| Increase (decrease) in other current liabilities | 1,023,972.42 |
| ***Net cash from (used in) operating activities*** | **1,746,720.64** |
| | |
| **Cash flows from investing activities** | |
| Purchase of investment securities | 0.00 |
| Proceeds from sale of investment securities | 0.00 |
| Purchase of property, plant and equipment | 0.00 |
| Proceeds from sale of property, plant and equipment | 0.00 |
| Purchase of intangible assets | 0.00 |
| Proceeds from sale of intangible assets | 0.00 |
| ***Net cash from (used in) investing activities*** | **0.00** |
| | |
| **Cash flows from financing activities** | |
| Proceeds from issue of long-term debt | 0.00 |
| Retirement of long-term debt | (16,502.59) |
| Net borrowings | 0.00 |
| Dividends paid | 0.00 |
| ***Net cash from (used in) financing activities*** | **(16,502.59)** |
| | |
| **Effects of exchange rate changes on cash and cash equivalents** | 0.00 |
| **Net increase (decrease) in cash and cash equivalents** | (6,337.52) |
| **Cash and cash equivalents at beginning of period** | 6,444.74 |
| **Cash and cash equivalents at end of period** | 107.22 |