**STANFORD SONOMA**

## Statement of Income and Comprehensive Income

### Jan 22 - Dec 22

|  |  | **Total PTD Balance** |
|---|---|---:|
| *(In Dollars)* | | |
| **Revenues** | | |
| **Sales** | | |
| Net Sales | | |
| 4000 | Misc Revenue | 16,364.78 |
| 4001 | F&F (Dickeys) | 753,752.12 |
| 4002 | F&F (Non-Dickeys) | 12,975.23 |
| 4008 | ON-LINE EQUIPMENT SALES | 29,670.76 |
| 4020 | Sales Discounts | (1,234.59) |
| Total Net Sales | | 811,528.30 |
| **Total Sales** | | **811,528.30** |
| **Other Income** | | |
| Other Income | | |
| 4700 | Freight Income | 55,105.15 |
| Total Other Income | | 55,105.15 |
| **Total Other Income** | | **55,105.15** |
| **Total Revenues** | | **866,633.45** |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | | |
| 4400 | Cost of Goods Sold | 738,204.53 |
| 4401 | F&F (Dickeys) | 99,291.71 |
| 4408 | Equipment Sales - Drop Ship | 1,473,461.01 |
| 4450 | Cost Variance | 5,002.15 |
| 4500 | Rebates / Incentives | (3,294.61) |
| 4810 | Freight Cost | 41,285.13 |
| Total Cost of Goods Sold | | 2,353,949.92 |
| **Total Cost of Goods Sold** | | **2,353,949.92** |
| **Gross Profit (Loss)** | | **(1,487,316.47)** |
| **Operating Expenses** | | |
| **Total Research and Development** | | **0.00** |
| **Sales and Marketing** | | |
| Selling Expenses | | |
| 5010 | Advertising and Marketing | 22,053.16 |
| 5297 | Production Supplies | 52,073.19 |
| Total Selling Expenses | | 74,126.35 |
| **Total Sales and Marketing** | | **74,126.35** |
| **General and Administrative** | | |
| General Expenses | | |
| 5070 | Dues and Licenses | 16,388.86 |
| 5100 | General Expense | 54,392.73 |
| 5105 | Insurance | 7,624.54 |
| 5260 | Maintenance | 851.94 |
| 5285 | Office Expense | 407.49 |
| 5286 | Janitorial & Sanitation | (40.65) |
| 5310 | Repairs | 7,039.87 |
| 5320 | Safety and First Aid Expense | 130.56 |
| 5330 | Security | 471.57 |
| 5355 | Shipping | 720.81 |

| Code | Account | Amount |
|---|---|---:|
| 5370 | Travel | 700.00 |
| 5800 | Phone and Internet | 792.54 |
| 5900 | Utilities | 20,511.50 |
| 5910 | Waste Disposal | 2,836.94 |
| | **Total General Expenses** | 112,828.70 |
| | *Rental Expense* | |
| 5300 | Rent | 131,403.12 |
| | **Total Rental Expense** | 131,403.12 |
| | *Employee Taxes and Benefits* | |
| 5288 | F&F Labor | 202,246.57 |
| 5290 | Payroll | 1,036,888.75 |
| 5291 | Payroll Taxes | 16,944.84 |
| 5292 | Payroll Fees | 1,771.74 |
| | **Total Employee Taxes and Benefits** | 1,257,851.90 |
| | *Admin/Contract Labor* | |
| 5042 | Admin/Indirect Labor | 300,932.80 |
| | **Total Admin/Contract Labor** | 300,932.80 |
| | *Bank and Loan Fees* | |
| 5020 | Bank Fees | 8,997.50 |
| | **Total Bank and Loan Fees** | 8,997.50 |
| | *Professional Fees* | |
| 5040 | Consulting Fees | 4,441.49 |
| | **Total Professional Fees** | 4,441.49 |
| | *Legal Fees* | |
| 5200 | Legal Fees | 1,000.00 |
| | **Total Legal Fees** | 1,000.00 |
| | *Other Expenses* | |
| 4015 | AR Invoice Adjustment | (1,642,273.80) |
| | **Total Other Expenses** | (1,642,273.80) |
| | *Depreciation Expense* | |
| 5090 | Depreciation | 94,583.04 |
| | **Total Depreciation Expense** | 94,583.04 |
| | **Total General and Administrative** | 269,764.75 |
| | **Total Operating Expenses** | 343,891.10 |
| | | |
| | **Operating Income (Loss)** | **(1,831,207.57)** |
| | **Other Revenues** | |
| | **Total Exchange Gain(Loss)** | **0.00** |
| | **Total Interest Income** | **0.00** |
| | **Total Other Revenues** | **0.00** |
| | **Interest Expense** | |
| | Miscellaneous Expense | |
| 9910 | Deferred tax expense (benefit) | (94,652.00) |
| | Total Miscellaneous Expense | (94,652.00) |
| | **Total Interest Expense** | **(94,652.00)** |
| | **Income (Loss) before Tax** | **(1,736,555.57)** |
| | **Total Provision for Income Taxes** | **0.00** |
| | **Income (Loss) from Continuing Operations** | **(1,736,555.57)** |
| | **Discontinued Operations** | |
| | **Total Income (Loss) from Discontinued Component** | **0.00** |
| | **Total Gain (Loss) from Sale of Discontinued Component** | **0.00** |
| | **Total Income Tax on Discontinued Component** | **0.00** |

| | |
|---|---:|
| **Income (Loss) from Discontinued Operations** | 0.00 |
| | |
| **Net Income (Loss)** | (1,736,555.57) |
| | |
| **Other Comprehensive Income (Loss)** | |
| **Total Foreign Currency Translation Adjustment** | 0.00 |
| **Total Tax Effects of Other Comprehensive Income** | 0.00 |
| **Total Other Comprehensive Income** | 0.00 |
| | |
| **Total Comprehensive Income** | (1,736,555.57) |