**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-30748** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **CrossFirst Bank Checking account** | **Checking account** | **7  4  0  8** | $82.22 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $82.22 |
|---|

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)  **23-30748**
                Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.** Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

**9.** **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                                          **$0.00**

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes.  Fill in the information below.

                                                                                Current value of debtor's interest

**11.** **Accounts receivable**

11a. 90 days old or less: ___**$0.00**___ – ___**$0.00**___ = ............➜  ___**$0.00**___
                        face amount      doubtful or uncollectible accounts

11b. Over 90 days old: ___**$117,156.64**___ – ___**$75,000.00**___ = ............➜  ___**$42,156.64**___
                        face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                     **$42,156.64**

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

                                    Valuation method          Current value of
                                    used for current value    debtor's interest

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17.** **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.                                        **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

| Debtor | **Stanford Sonoma Corp.** | | | Case number (if known)   **23-30748** |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor   **Stanford Sonoma Corp.**                                          Case number (if known)   **23-30748**
         Name

---

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                      | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                                      | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

| Debtor | **Stanford Sonoma Corp.** | Case number (if known)   **23-30748** |
|---|---|---|
| | Name | |

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| stanfordsonoma.com | | | **Unknown** |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.     **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Stanford Sonoma Corp.**                                              Case number (if known)    **23-30748**
_____                                 _____
Name

---

### Part 11:  All other assets

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑  No.  Go to Part 12.
     ☐  Yes.  Fill in the information below.

                                                                                 **Current value of
                                                                                 debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                       | $0.00 |
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐  No
     ☐  Yes

---

| Debtor | **Stanford Sonoma Corp.** | Case number (if known) | __23-30748__ |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$82.22** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$42,156.64** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88. Real property.** *Copy line 56, Part 9.* ...............➔ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$42,238.86** | **+ 91b. $0.00** |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................ | | **$42,238.86** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-30748** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | | | |
|---|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| **Creditor's mailing address** | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** ☐ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-30748** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | _____ | _____ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

Debtor     **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,890.77** |
|---|---|---|---|

**24 HOUR, LTD.**

**8911 DIRECTORS ROW**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75247**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☒ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**321 Hajoca Corporation. Dallas**

**10431 Miller Road**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75238-1225**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,075.00** |
|---|---|---|---|

**ABLE MACHINERY MOVERS, INC.**

**600 Westport Parkway**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Grapevine**          **TX**     **76051**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50,051.09** |
|---|---|---|---|

**ACCUREX**

**PO Box 410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Schofield**          **WI**     **54476**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☒ No
☐ Yes

---

Debtor     **Stanford Sonoma Corp.**                              Case number (if known)    **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.5**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$5,768.28** |
|---|---|---|

**ACCUTEMP PRODUCTS, INC**

**11919 JOHN ADAMS DRIVE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**NEW HAVEN**                    **IN**      **46774**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.6**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$10,867.50** |
|---|---|---|

**ACES STAINLESS, LLC**

**2501 S. 15TH ST.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**CORSICANA**                    **TX**      **75110**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.7**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$960.00** |
|---|---|---|

**ACM - ARCHITECTURAL CARPENTRY MATERIALS**

**P.O. BOX 195187**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS**                    **TX**      **75219**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.8**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$2,007.93** |
|---|---|---|

**ACME BRICK**

**244 Luna Road #160**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Carrollton**                    **TX**      **75006**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor      **Stanford Sonoma Corp.**                                     Case number (if known)   **23-30748**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

**Admiral Craft Equipment**

**55 JERICHO TPKE**

**SUITE 302A**

**JERICHO**                    **NY**      **11753**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,815.89

---

| 3.10 | Nonpriority creditor's name and mailing address |

**ADP, LLC**

**1851 N RESLER DRIVE MS-600**

**EL PASO**                    **TX**      **79912**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| 3.11 | Nonpriority creditor's name and mailing address |

**ADT COMMERCIAL**

**PO BOX 219044**

**KANSAS CITY**                **MO**      **64121-9044**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$287.43

---

| 3.12 | Nonpriority creditor's name and mailing address |

**Advance Tabco**

**325 WIRELESS BLVD**

**HAUPPAUGE**                  **NY**      **11788-3973**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,601.58

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    **23-30748**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.13**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|

AERO MANUFACGTURING CO, INC.

310 ALLWOOD ROAD

CLIFTON, NJ 7012

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                        **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __        ☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

Ailco Equipment Finance Group

c/o Barnett & Garcia, PLLC

3821 Juniper Trace, St 108

Austin                    TX    78738

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Lawsuits**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,795.91**

---

**3.15**  Nonpriority creditor's name and mailing address

AIR MAC

PO BOC 561707

DALLAS                    TX    75356

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.16**  Nonpriority creditor's name and mailing address

Airco

3880 IRVING BLVD

DALLAS                    TX    75247

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,537.44**

---

Debtor    **Stanford Sonoma Corp.**                                          Case number (if known)   **23-30748**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,767.92 |
|---|---|---|---|

**Alfa International**

**4 KAYSAL COURT**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ARMONK**                    **NY**    **10504-1309**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**ALL SIZE PALLET SUPPLY**

**12010 CRUMPTON**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**BALCH SPRINGS**              **TX**    **75180**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,257.10 |
|---|---|---|---|

**American Wholesale Lighting**

**1725 RUTAN DR**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**LIVERMORE**                 **CA**    **94551**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,014.84 |
|---|---|---|---|

**APOLLO MACHINES TOOL SERVICE INC.**

**P.O. BOX 5708**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ARLINGTON**                 **TX**    **76005**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor     **Stanford Sonoma Corp.**                    Case number (if known)  **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**  **Nonpriority creditor's name and mailing address**

**APW WYOTT**

**P.O. BOX 841466**

**DALLAS**                **TX**     **75284-1466**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,002.82

---

**3.22**  **Nonpriority creditor's name and mailing address**

**ARCBEST**

**PO BOX 10048**

**FORT SMITH**            **AR**     **72917-0048**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.23**  **Nonpriority creditor's name and mailing address**

**ARNOLD BROTHERS FOREST PRODUCTS**

**201 NORTH BELTLINE ROAD**

**IRVING**                **TX**     **75061**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.24**  **Nonpriority creditor's name and mailing address**

**ARTIC AIR**

**7550 Market Place Dr**

**Eden Prairie**          **MN**     **55344**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$135.00

---

Debtor      **Stanford Sonoma Corp.**                                          Case number (if known)   **23-30748**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.25 | **Nonpriority creditor's name and mailing address** |

**ATMOS**

**PO BOX 790311**

**ST LOUIS**                    **MO**      **63179-0311**

**Date or dates debt was incurred**

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$177.12**

---

| 3.26 | **Nonpriority creditor's name and mailing address** |

**Atosa Catering Equipment, Inc.**

**16420 W Hardy Rd STE 245**

**Houston**                    **TX**      **77060**

**Date or dates debt was incurred**

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$35,351.83**

---

| 3.27 | **Nonpriority creditor's name and mailing address** |

**AutoQuote**

**880 Baymeadows Way West Suite 500**

**Jacksonville**                    **FL**      **32256**

**Date or dates debt was incurred**

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$36,226.11**

---

| 3.28 | **Nonpriority creditor's name and mailing address** |

**B.J. GLASS COMPANY STAFFORD J HOLDINGS**

**PO BOX 369**

**CRANDALL**                    **TX**      **75114**

**Date or dates debt was incurred**

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor   **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**BAILEIGH INDUSTRIAL INC.**

**1625 DUFEK DRIVE**                ☐ Contingent

**PO BOX 531**                ☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**MANITOWOC**            **WI**      **54221-0531**

Date or dates debt was incurred                   **Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___                ☑ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,756.00** |

*Check all that apply.*

**BBQ GUYS**

**8151 Airline Hwy**                ☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**BATON ROGUE**            **LA**      **70815**

Date or dates debt was incurred                   **Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___                ☑ No
☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**BG FLOOR CARE**

**100 ARMSTRONG ROAD**                ☐ Contingent

**SUITE 101**                ☐ Unliquidated

**PLYMOUTH, MA 2360**                ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                   **Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___                ☑ No
☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**BID ON EQUIPMENT.COM**

**2854 CORPORATE PARKWAY**                ☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**ALOQUIN**            **IL**      **60102**

Date or dates debt was incurred                   **Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___                ☑ No
☐ Yes

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,486.17

**BK Resources**

**120 FRONTAGE RD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**ALTAMONT                    TX        62411**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$5,618.56

**BLACKSON BRICK**

**4474 SIGMA ROAD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS                        TX        75244**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**BORDERLAND RUSTIC HARDWARE, LLC**

**5420 CONNERS**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**EL PASO                      TX        79932**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$10,460.34

**Boyd Metals of Tyler**

**8102 CR 313 E**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**TYLER                        TX        75706**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor      **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Brazos Forest Products, LP**

**2760 N GREAT SOUTHWEST PKWY**

**GRAND PRAIRIE**          **TX**      **75050**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,188.75**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**BRODNAX 21C  PRINTERS**

**737 REGAL ROW**

**DALLAS**          **TX**      **75247**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$281.45**

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**BRUCHA**

**1776 S Jackson Street Ste 603**

**Denver**          **CO**      **80210**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$41,097.00**

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**BURCH, FINCHER AND COMPANY**

**14785 PRESTON ROAD**

**STE 690**

**DALLAS**          **TX**      **75254-6829**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    **23-30748**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.41 | **Nonpriority creditor's name and mailing address** |
|---|---|

**C&T Design and Equipment Company**                                                                      **$13,910.85**

**2400 N. KAUFMAN STREET**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**ENNIS**                    **TX**    **75119**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** |
|---|---|

**CACTUS MAT MFG. CO**                                                                                    **$899.01**

**930 WEST TENTH ST**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**AZUSA**                    **CA**    **91702**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cadco, Ltd.**                                                                                          **$540.00**

**200 INTERNATIONAL WAY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**WINSTEAD**                    **CT**    **06098**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** |
|---|---|

**CAM DEVELOPMENT GROUP, INC**                                                                            **$5,000.00**

**1891 OLD GRANART ROAD**

**UNIT A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**SUGAR GROVE**                    **IL**    **60554**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Stanford Sonoma Corp.**

Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**   Nonpriority creditor's name and mailing address

**CAMBRO MANUFACTURING CO**

**5801 SKYLAB ROAD**

**P.O. BOX 2000**

**HUNTINGTON BEACH       CA      92647-2056**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$16,175.81

---

**3.46**   Nonpriority creditor's name and mailing address

**CANO ELECTRIC**

**7607 FLAGSTONE ST**

**FORT WORTH          TX      76118**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.47**   Nonpriority creditor's name and mailing address

**Capitol Light**

**6851 SNOWDEN RD**

**FORT WORTH          TX      76140**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Lawsuits**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$13,059.53

---

**3.48**   Nonpriority creditor's name and mailing address

**CaptiveAire**

**4641 PARAGON PARK**

**RALEIGH          NC      27616**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$36,084.55

---

Debtor   **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.12 |
|---|---|---|---|

**CDW DIRECT**

**P.O. BOX 75723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CHICAGO**               IL     **60675-5723**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**CE-DFW WAREHOUSE SOLUTIONS**

**PO BOC 967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**GRAPEVINE**               TX     **76099**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**CENTRAL HARDWOODS**

**1959 W. NORTHWEST HWY**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**               TX     **75220**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**CENTRAL RESTAURANT PRODUCTS**

**7750 GEORGETOWN ROAD**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**INDIANAPOLIS**               IN     **46268-4135**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Stanford Sonoma Corp.**                                      Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**CHAMPION ENERGY**

**1500 RANKIN ROAD**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**HOUSTON**            **TX**     **77073**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**CINTAS**

**850 FREEPORT PARKWAY**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**COPPEL**            **TX**     **75019**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**COLORADO MILL EQUIPMENT**

**1610 FRY AVENUE**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CANON CITY**            **CO**     **81212**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,168.56** |

*Check all that apply.*

**COMPONENT HARDWARE GROUP**

**P.O. BOX 789482**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PHILADELPHIA**            **PA**     **19178-9482**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

Debtor    **Stanford Sonoma Corp.**                                            Case number (if known)    **23-30748**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                          Amount of claim

---

| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

*Check all that apply.*

**CPO COMMERCE, LLC**

**125 HORIZON DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SUWANEE**                    **GA**    **30024**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

*Check all that apply.*

**CSI CONTROL SYSTEM INNOVATORS**

**FOX BLUFF CORP. CENTER**

**1301A BOWES ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ELGIN**                    **IL**    **60123**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

*Check all that apply.*

**CT CORPORATION**

**PO BOX 4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CAROAL STREAM**                    **IL**    **60197-4349**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,402.40** |

*Check all that apply.*

**Dakota Premium Hardwoods**

**641 W MOCKINGBIRD LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

**DALLAS**                    **TX**    **75247**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

Debtor      **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,402.40** |
| --- | --- | --- | --- |

**Dakota Premium Hardwoods**

**641 W Mockingbird Ln**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Dallas**                    **TX**    **75247**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**DALLAS**

**UTILITIES AND SERVICES**

**1500 MARILLA, 3A**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**NORTH DALLAS**            **TX**    **75201**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**DARR EQUIPMENT CO.**

**PO BOX 975053**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**DALLAS**                    **TX**    **75397-5053**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**DFW SAFETY & FIRST AID**

**4117 COLLEYVILLE BLVD**

**SUITE 103**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**COLLEYVILLE**            **TX**    **76034**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Stanford Sonoma Corp.**                          Case number (if known)   **23-30748**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.65**    Nonpriority creditor's name and mailing address

**Dickey's Capital Group, Inc.**

**4514 Cole Avenue, Suite 1015**

**Dallas, TX 75205.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Shareholder**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.66**    Nonpriority creditor's name and mailing address

**DIMCO STEEL**

**3901 SOUTH LAMAR**

**DALLAS**                **TX**    **75215**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,849.30**

---

**3.67**    Nonpriority creditor's name and mailing address

**Duncan Supply Co., Inc.**

**P.O. BOX 441280**

**INDIANAPOLIS**            **IN**    **46244-1280**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,545.87**

---

**3.68**    Nonpriority creditor's name and mailing address

**EDWARDS MANUFACTURING COMPANY**

**DO NOT MAIL INVOICES**

**1107 SYKES STREET**

**ALBERT LEA**            **MN**    **56007-0000**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,786.00**

**Everest Refrigeration**

☐ Contingent
☐ Unliquidated
☐ Disputed

**201 W. ARTESIA BLVD**

**Basis for the claim:**

**COMPTON**                 **CA**    **90220**   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

**3.70**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,652.05**

**Excell Foodservice Equip Dealer Network**

☐ Contingent
☐ Unliquidated
☐ Disputed

**7900 E. UNION AVE.**

**SUITE 975**

**Basis for the claim:**
**Goods and/or services rendered**

**DENVER**                  **CO**    **80237**

Date or dates debt was incurred   _____   Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

**3.71**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$36.37**

**FASTENAL COMPANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 1286**

**Basis for the claim:**

**WINONA**                  **MN**    **55987-1286**   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

**3.72**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$60,930.95**

**FASTSIGNS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**141 NORTH AVENUE, NE**

**Basis for the claim:**

**ATLANTA**                 **GA**    **30308**   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    **23-30748**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

**3.73**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$60,930.95**
                                                                   Check all that apply.
**FASTSIGNS**                                                       ☐ Contingent
**1140 W. BARDIN RD.**                                              ☐ Unliquidated
**#100**                                                           ☐ Disputed

                                                                   **Basis for the claim:**
**ARLINGTON**             **TX**    **76017**

Date or dates debt was incurred                                    Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number     __ __ __ __                    ☐ Yes

**3.74**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$60,930.95**
                                                                   Check all that apply.
**FASTSIGNS**                                                       ☐ Contingent
**18021 SKY PARK CIRCLE**                                           ☐ Unliquidated
**STE J**                                                          ☐ Disputed

                                                                   **Basis for the claim:**
**IRVINE**                **CA**    **92614**

Date or dates debt was incurred                                    Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number     __ __ __ __                    ☐ Yes

**3.75**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$60,930.95**
                                                                   Check all that apply.
**FASTSIGNS**                                                       ☐ Contingent
**2116 E US HIGHWAY 377**                                           ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
**GRANBURY**              **TX**    **76049**

Date or dates debt was incurred                                    Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number     __ __ __ __                    ☐ Yes

**3.76**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$0.00**
                                                                   Check all that apply.
**FISCHER PAPER PRODUCTS, INC.**                                    ☐ Contingent
**207 WEST MILLBROOK ROAD**                                         ☐ Unliquidated
**SUITE 200**                                                      ☐ Disputed

                                                                   **Basis for the claim:**
**RALEIGH**               **NC**    **27609**

Date or dates debt was incurred                                    Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number     __ __ __ __                    ☐ Yes

Debtor   **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                     Amount of claim

---

**3.77**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                     **$0.00**
                                                                *Check all that apply.*

**FISCHER PAPER PRODUCTS, INC.**                                ☐ Contingent

**179 IDA AVENUE**                                              ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

**ANTIOCH**                **IL**      **60002**

Date or dates debt was incurred                                 Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                  ☑ No
                                                                ☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                   **$2,440.63**
                                                                *Check all that apply.*

**FMP - Franklin Machine Products**                            ☐ Contingent

**101 MT. HOLLY BYPASS**                                       ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

**LUMBERTON**              **NJ**      **08048**

Date or dates debt was incurred                                 Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                  ☑ No
                                                                ☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                  **$10,052.48**
                                                                *Check all that apply.*

**Food Warming Equipment Co., Inc.**                           ☐ Contingent

**P.O. BOX 75102**                                             ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

**CHICAGO**                **IL**      **60675-5102**

Date or dates debt was incurred                                 Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                  ☑ No
                                                                ☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                     **$0.00**
                                                                *Check all that apply.*

**FOODTOPIA - DCKY 043 - STAN S**                             ☐ Contingent

**801 SOUTH DENTON TAP ROAD**                                 ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

**COPPELL**                **TX**      **75019-4510**

Date or dates debt was incurred                                 Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                  ☑ No
                                                                ☐ Yes

---

Debtor   **Stanford Sonoma Corp.**                                  Case number (if known)   **23-30748**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**   Nonpriority creditor's name and mailing address

**FREEDOM EQUIPMENT**

**1707 NORTH RANDALL ROAD**

**SUITE #370**

**ELGIN                    IL        60123**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.82**   Nonpriority creditor's name and mailing address

**FREIGHT QUOTE INC.**

**P.O. BOX 9121**

**MINNEAPOLIS           MN     55480-9121**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.83**   Nonpriority creditor's name and mailing address

**FREIGHT QUOTE INC.**

**P.O. BOX 9121**

**MINNEAPOLIS           MN     55480-9121**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.84**   Nonpriority creditor's name and mailing address

**Frymaster L.L.C.**

**P.O. BOX**

**DALLAS                  TX      75396**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,106.11**

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    **23-30748**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.85**    Nonpriority creditor's name and mailing address

**G&I VII 12750 PERIMETER LP (STANFORD S)**

**PO BOX 742186**


**ATLANTA**                    **GA**    **30374-2186**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.86**    Nonpriority creditor's name and mailing address

**German Knife**

**4184 Conant St.**


**LONG BEACH**                    **CA**    **90808**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.40**

---

**3.87**    Nonpriority creditor's name and mailing address

**GLOBAL INDUSTRIAL**

**2505 MILL CENTER PARKWAY**

**SUITE 100**


**BUFORD**                    **GA**    **30518**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.88**    Nonpriority creditor's name and mailing address

**Globe Food Equipment Co.**

**2153 DRYDEN ROAD**


**DAYTON**                    **OH**    **45439**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,352.40**

---

Debtor      **Stanford Sonoma Corp.**                                Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**GP CONSUMER PRODUCTS LP**

**PO BOX 281523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ATLANTA**          **GA**    **30384-1523**

Date or dates debt was incurred                 **Is the claim subject to offset?**
                                                ☒ No
Last 4 digits of account number  ___ ___ ___ ___   ☐ Yes

---

| **3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**GRAINGER INDUSTRIAL SUPPLY INC.**

**2701 W KINGSLEY ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**GARLAND**          **TX**    **75201**

Date or dates debt was incurred                 **Is the claim subject to offset?**
                                                ☒ No
Last 4 digits of account number  ___ ___ ___ ___   ☐ Yes

---

| **3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |

**GS1 US INC.**

**7887 WASHINGTON VILLAGE DRIVE**

**SUITE 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DAYTON**          **OH**    **45459**

Date or dates debt was incurred                 **Is the claim subject to offset?**
                                                ☒ No
Last 4 digits of account number  ___ ___ ___ ___   ☐ Yes

---

| **3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Handy-Foil of America, Inc.**

**135 East Hintz Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WHEELING**          **IL**    **60090**

Date or dates debt was incurred                 **Is the claim subject to offset?**
                                                ☒ No
Last 4 digits of account number  ___ ___ ___ ___   ☐ Yes

---

Debtor    **Stanford Sonoma Corp.**

Case number (if known)    **23-30748**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93**    Nonpriority creditor's name and mailing address

**Happy Manufacturing, Inc.**

**5649 Anita Street**

**Dallas**                              **TX    75206**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Shareholder**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.94**    Nonpriority creditor's name and mailing address

**HARDWOODS INCORPORATED**

**2 WORMAN'S MILL CT**

**FREDERICK**                    **MD    21701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$6,339.85**

---

**3.95**    Nonpriority creditor's name and mailing address

**Hart & Price**

**6911 Forest Park Rd**

**Dallas**                              **TX    75235**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$14,547.03**

---

**3.96**    Nonpriority creditor's name and mailing address

**Hatco**

**2750 TOBEY DR**

**INDIANAPOLIS**                **IN    46219**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,630.17**

Debtor      **Stanford Sonoma Corp.**                                     Case number (if known)    **23-30748**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

HECTOR CASILLAS JR

3009 GRINNELL AVENUE

☐ Contingent
☐ Unliquidated
☐ Disputed

FORT SMITH                AR      72908

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,350.00** |
|---|---|---|---|

HIGIER ALLEN & LAUTIN

2711 NORTH HASKELL AVENUE

SUITE 2400

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS                TX      75204

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$750.00** |
|---|---|---|---|

Intrycks, LLC

4879 360TH STREET

☐ Contingent
☐ Unliquidated
☐ Disputed

CANNON FALLS                MN      55009

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

JB HEWITT CO. INC.

HOMESTEAD FINISHING

PO BOX 360275

☐ Contingent
☐ Unliquidated
☐ Disputed

CLEVELAND                OH      44136-0005

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

---

| **3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**JIM C. HAMER COMPANY**

**P.O. BOX 418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KENOVA**                    **WV      25530**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**JIM SNODGRASS - CONTRACTOR**

**3714 BISHOP HILL DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CARROLLTON**                **TX      75007**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**JM SWANK, LLC (CONAGRA)**

**395 Herky Street**

**PO BOX 365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**NORTH LIBERTY**             **IA      52317**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,927.27** |

**John Boos & Co.**

**3601 S BANKER STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**EFFINGTON**                 **IL      62401**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)  **23-30748**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.105 | **Nonpriority creditor's name and mailing address** |
|-------|-----|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                            **$111.80**

**KaTom Restaurant Supply**

**305 KATOM DR.**

**SUITE 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**KODAK**                     **TN**     **37764**

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** |
|-------|-----|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                            **$2,237.65**

**Kerry Ready**

**5444 TX-121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**FRISCO**                    **TX**     **75034**

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** |
|-------|-----|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                            **$766.32**

**KING ARCHITECTURAL METALS**

**PO Box 572027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                    **TX**     **75357**

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** |
|-------|-----|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                            **$17,449.42**

**Klinger's Trading, Inc.**

**3009 Bankers Industrial Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**                   **GA**     **30360**

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.109**   **Nonpriority creditor's name and mailing address**

**Krowne Metal Corp**

**100 HAUL RD**

| | |
|---|---|
| **WAYNE** | **NJ** | **07470** |

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

---

**3.110**   **Nonpriority creditor's name and mailing address**

**KWS MANUFACTURING COMPANY, LTD.**

**3041 CONVEYOR DRIVE**

| | |
|---|---|
| **BURLESON** | **TX** | **76028** |

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.111**   **Nonpriority creditor's name and mailing address**

**Lane & McClain Distributors, Inc.**

**2062 Irving Blvd.**

| | |
|---|---|
| **IRVING** | **TX** | **75207** |

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,856.42

---

**3.112**   **Nonpriority creditor's name and mailing address**

**Lead Forensics, Inc**

**2970 Clairmont Road NE.**

**SUITE 450**

| | |
|---|---|
| **ATLANTA** | **GA** | **30329** |

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,349.00

---

Debtor    **Stanford Sonoma Corp.**                                      Case number (if known)    **23-30748**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.113**    Nonpriority creditor's name and mailing address                                               **$33,380.52**

**Lee Roy Jordan Redwood Lumber**

**11529 Emerald St**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75229**

**Basis for the claim:**
**Lawsuits**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.114**    Nonpriority creditor's name and mailing address                                               **$0.00**

**LIBERTY MUTUAL INSURANCE**

**P.O. BOX 91013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**CHICAGO**                    **IL**    **60680-1171**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.115**    Nonpriority creditor's name and mailing address                                               **$19,670.18**

**LinQ Transport Inc.**

**2004 L. Don Dodson Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**BEDFORD**                    **TX**    **76021**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.116**    Nonpriority creditor's name and mailing address                                               **$5,520.76**

**LOCKNET**

**800 JOHN C WATTS DRIVE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**NICHOLASVILLE**                    **KY**    **40356**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                        Amount of claim

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,650.00** |

*Check all that apply.*

**Logistics Dynamics, LLC**

**1140 Wehrle Drive.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**AMHERST                NY    14221**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**MANPOWER**

**21271 NETWORK PLACE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CHICAGO                IL    60673-1212**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$600.00** |

*Check all that apply.*

**Marken Construction Serrvices, Inc.**

**191 North Street**

**#201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BUFFALO                NY    14201**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**MARKING SYSTEMS INCORPORATED**

**2601 MARKET STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**GARLAND                TX    75041**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    **23-30748**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$0.00** |

**MARSH & McLENNAN AGENCY**

**7225 NORTHLAND DRIVE NORTH**

**STE 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**MINNEAPOLIS**          **MN**     **55428**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$2,393.00** |

**Mavro & Associates**

**1605 Crescent Circle Court Unit 10**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carrollton**          **TX**     **75006**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$3,794.55** |

**McNICHOLS COMPANY**

**PO BOX 30300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**TAMPA**          **FL**     **33630**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$298.96** |

**Mercer Culinary**

**1860 SMITHTOWN AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**RONKONKOMA**          **NY**     **11779**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)  **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,337.00** |
|---|---|---|---|

**METAL WEST LLC**

**3730 FORREST LANE**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **GARLAND** | **TX** | **75042** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**METALS LLC GARLAND**

**3730 FOREST LANE**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **GARLAND** | **TX** | **75042** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,384.95** |
|---|---|---|---|

**MetroPlex Welding Supply, Inc.**

**19670 W. NORTHWEST HWY**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **DALLAS** | **TX** | **75220** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** |
|---|---|---|---|

**MG Industrial Inc.**

**21 W. 569 KENSINGTON RD.**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **GLEN ELLYN** | **IL** | **60137** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor    **Stanford Sonoma Corp.**

Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.129**   Nonpriority creditor's name and mailing address

**MITCHELL MACHINE MOVING INC.**

**PO BOX 1914**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**NORTH MASSAPEQUA        NY     11758**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.130**   Nonpriority creditor's name and mailing address

**MLC CAD SYSTEMS**

**4625 W WILLIAM CANNON DRIVE**

**BUILDING 5**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**AUSTIN               TX     78749**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.131**   Nonpriority creditor's name and mailing address

**MMI GRAIN STORAGE LLC**

**610 WEST VIRGINIA AVENUE**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**CREWE                VA     23930**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.132**   Nonpriority creditor's name and mailing address

**MOD OP**

**12377 MERIT DR.**

**SUITE 800**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$26,506.28**

**DALLAS               TX     75251**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Stanford Sonoma Corp.**                          Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.21 |
| --- | --- | --- | --- |

Check all that apply.

**Nemco Food Equipment LTD**

**301 Meuse Argonne St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hicksville**          **OH**    **43526**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

Check all that apply.

**NOBLE WATER TECHNOLOGIES**

**PO BOX 9033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**          **TX**    **75209**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

Check all that apply.

**NOVA ALLOYS, INC.**

**1100 CHASE ROAD**

**SUITE 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MESQUITE**          **TX**    **75149**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

Check all that apply.

**OAK STREET LOGISTICS, INC.**

**15952 197TH STREET**

**PO BOX 9**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MONTICELLO**          **IA**    **52310**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)  **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                         Amount of claim

---

**3.137**   Nonpriority creditor's name and mailing address

**Omcan USA**

**15056 SHOEMAKER AVE**

**SANTA FE SPRING**          **CA**    **90670**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$463.14

---

**3.138**   Nonpriority creditor's name and mailing address

**Orkin, LLC**

**3330 KELLER SPRINGS RD.**

**SUITE 250**

**CARROLLTON**          **TX**    **75042**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$738.28

---

**3.139**   Nonpriority creditor's name and mailing address

**PAL-SERV OF DALLAS, LLC**

**PO BOX 260845**

**PLANO**          **TX**    **75026-0845**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.140**   Nonpriority creditor's name and mailing address

**PENNINGTON CONCRETE CONSTRUCTION**

**13350 EULESS STREET**

**EULESS**          **TX**    **76040-7225**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **Stanford Sonoma Corp.**    Case number (if known)    **23-30748**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

---

**3.141**  Nonpriority creditor's name and mailing address

**PIONEER MACHINE SALES**

**25902 MIA ROSA CT**


**KATY**                **TX**    **77494**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.142**  Nonpriority creditor's name and mailing address

Prairie View Industries

**2620 INDUSTRIAL DR**

**PO BOX 575**

**FAIRBURY**            **NE**    **68352**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,843.30**

---

**3.143**  Nonpriority creditor's name and mailing address

**PROCEILING TILES**

**2510 STANLEY GAULT PKWY**


**LOUISVILLE**            **KY**    **40223**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,724.35**

---

**3.144**  Nonpriority creditor's name and mailing address

**PROJECT TOOL & DIE**

**6955 DANYEUR ROAD**


**REDDING**            **CA**    **96001**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.145** Nonpriority creditor's name and mailing address

**Prominox USA**

**2805 MARKET ST.**

**SUITE 150**

**GARLAND**      **TX**      **75041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$80,609.09**

---

**3.146** Nonpriority creditor's name and mailing address

**PUCKETT ELECTRIC**

**2602 INDUSTRIAL LANE**

**GARLAND**      **TX**      **75041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.147** Nonpriority creditor's name and mailing address

**QUALSERV SOLUTIONS LLC**

**7400 S. 28TH STREET**

**P.O. BOX 6536**

**FORT SMITH**      **AR**      **72908**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.148** Nonpriority creditor's name and mailing address

**REED INDUSTRIAL SYSTEMS, INC**

**P.O. BOX 551611**

**DALLAS**      **TX**      **75355-1611**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Stanford Sonoma Corp.**                                          Case number (if known)  **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149**   Nonpriority creditor's name and mailing address

**RELIANT NRG**

**P.O. BOX 1532**

**HOUSTON**               **TX**      **77251-1532**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$15,120.18**

---

**3.150**   Nonpriority creditor's name and mailing address

**REM RESTAURANT CORPORATION**

**444 IRWIN STREET**

**MUSKEGON**              **MI**      **49442**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.151**   Nonpriority creditor's name and mailing address

**ROCKLER**

**584 W I-30**

**SUITE 403**

**GARLAND**               **TX**      **75043**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.152**   Nonpriority creditor's name and mailing address

**RUSCO PACKAGING INC.**

**PO BOX 226685**

**DALLAS**                **TX**      **75222-6685**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor   **Stanford Sonoma Corp.**                              Case number (if known)   **23-30748**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

**3.153**   Nonpriority creditor's name and mailing address

**Ryder Truck Rental, Inc.**

**3500 BELTLINE ROAD**


**FARMERS BRANCH**        **TX**    **75234**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$515.00

---

**3.154**   Nonpriority creditor's name and mailing address

**S.O.T. ABRASIVES AND EQUIPMENT**

**10750 METRIC DRIVE**


**DALLAS**        **TX**    **75243**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$8,632.37

---

**3.155**   Nonpriority creditor's name and mailing address

**SAIA MOTOR FREIGHT LINE, LLC**

**P.O. BOX 730532**


**DALLAS**        **TX**    **75373-0532**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$4,577.15

---

**3.156**   Nonpriority creditor's name and mailing address

**Salesforce.com, Inc.**

**P.O.Box 203141**


**DALLAS**        **TX**    **75320-3141**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$10,886.47

---

Debtor    **Stanford Sonoma Corp.**    Case number (if known)    **23-30748**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.157**    Nonpriority creditor's name and mailing address

**Smart Sheet Inc.**

**Dept 3421**

**P.O.Box 123421**

**DALLAS**                **TX**    **75312-3421**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$959.40

---

**3.158**    Nonpriority creditor's name and mailing address

**SMK TRI-CITIES INC.**

**PO BOX 2548**

**PASCO**                **WA**    **99302**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.159**    Nonpriority creditor's name and mailing address

**SOUTHERN DOCK PRODUCTS**

**11431 FERRELL DRIVE**

**SUITE 204**

**FARMERS BRANCH**            **TX**    **75234**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.160**    Nonpriority creditor's name and mailing address

**Southern Stud Weld**

**3645 Conflans RD**

**IRVING**                **TX**    **75061**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$51.00

Debtor   **Stanford Sonoma Corp.**                                        Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.161** | Nonpriority creditor's name and mailing address |

**Southwest Glassware**

**7521 N. I-10 Frontage Rd.**

**TUCSON**            **AZ**      **85743**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Amount of claim: $772.92**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.162** | Nonpriority creditor's name and mailing address |

**Sparkletts & Sierra Springs**

**P.O.Box 660579**

**DALLAS**            **TX**      **75266-0579**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Amount of claim: $242.46**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.163** | Nonpriority creditor's name and mailing address |

**SPECTRUM BUSINESS**

**TIME WARNER CABLE**

**CITY OF INDUSTRY**      **CA**      **91716-0074**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Amount of claim: $0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.164** | Nonpriority creditor's name and mailing address |

**Star Manufacturing Int'l**

**265 Hobson St.**

**SMITHVILLE**            **TN**      **37166-2812**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Amount of claim: $33,303.69**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Stanford Sonoma Corp.**

Case number (if known)   **23-30748**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

**As of the petition filing date, the claim is:** *Check all that apply.*

**STEEL F/X**

**893 E. FACTORY DRIVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**ST. GEORGE**          **UT**     **84790**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

$0.00

---

**3.166**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**STILES MACHINERY**

**800 FREEPORT PARKWAY**

**SUITE 100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**COPPELL**          **TX**     **75019**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

$0.00

---

**3.167**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Strategic Growth, Inc.**

**7000 N. Mopac Expressway**

**SUITE #200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**AUSTIN**          **TX**     **78731**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

$4,700.00

---

**3.168**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**SUPERIOR TRAILER SALES CO.**

**4624 NORTH MCCARTY STREET**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**HOUSTON**          **TX**     **77013**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

$0.00

---

Debtor   **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.169**   Nonpriority creditor's name and mailing address

**T.G.R. Logistics, Inc.**

**13990 FIR STREET**

**OREGON CITY**          **OR**    **97045**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$3,260.00**

---

**3.170**   Nonpriority creditor's name and mailing address

**TAMLIN SOFTWARE**

**8140 WALNUT HILL LANE**

**SUITE 525**

**DALLAS**          **TX**    **75231**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$5,033.63**

---

**3.171**   Nonpriority creditor's name and mailing address

**TCS - THE COLOR SPOT**

**839 PICKENS INDUSTRIAL DR**

**MARIETTA**          **GA**    **30062**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$32,301.30**

---

**3.172**   Nonpriority creditor's name and mailing address

**TERMINIX COMMERCIAL**

**TERMINIX PROCESSING CENTER**

**401 INTERNATIONAL PARKWAY**

**STE 104**

**RICHARDSON**          **TX**    **75081**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor      **Stanford Sonoma Corp.**                              Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173**   Nonpriority creditor's name and mailing address

**TEXAS COMPRESSOR EAST**

**104 SOUTH LAMAR STEET**

DALLAS                    TX       75117

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.174**   Nonpriority creditor's name and mailing address

**TEXAS POLY INC.**

**1375 WESTPARK WAY**

EULESS                    TX       76040

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.175**   Nonpriority creditor's name and mailing address

**THE HARTFORD FIRE INSURANCE COMPANY**

**PO BOX 660916**

DALLAS                    TX       75266-0916

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.176**   Nonpriority creditor's name and mailing address

**THE HOME DEPOT**

**11255 GARLAND ROAD**

DALLAS                    TX       75218

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$438.05**

---

Debtor   **Stanford Sonoma Corp.**                                    Case number (if known)   **23-30748**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.177** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**THE HOME DEPOT**

**6000 SKILLMAN STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**                    **TX**    **75231**            _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.178** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**THE UPS STORE**

**9540 GARLAND ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**                    **TX**    **75218**            _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.179** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158.58** |
|---|---|---|---|

**TIME WARNER CABLE**

**3301 W ROYAL LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**IRVING**                    **TX**    **75063**            _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.180** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TONY COLLINS ART, INC.**

**2005 WALL STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**                    **TX**    **75215**            _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Stanford Sonoma Corp.**                        Case number (if known)  **23-30748**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                        Amount of claim

---

**3.181**   Nonpriority creditor's name and mailing address

**TOTAL QUALITY LOGISTICS**

**PO BOX 634458**


**CINCINNATI**              **OH**    **45263-4558**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,483.85

---

**3.182**   Nonpriority creditor's name and mailing address

**Trade Show Technologies, Inc.**

**1680 THE GREENS WAY**

**SUITE 100**

**JACKSONVILLE BEACH,  32250**


Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,235.00

---

**3.183**   Nonpriority creditor's name and mailing address

**Turbo Air**

**4184 E Conant St**


**Long Beach**              **CA**    **90808**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,810.38

---

**3.184**   Nonpriority creditor's name and mailing address

**UL LLC**

**333 PFINGSTEN ROAD**


**NORTHBROOK**              **IL**    **60062**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$7,273.00

---

Debtor    **Stanford Sonoma Corp.**                                           Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,048.80 |
|---|---|---|---|

ULINE

PO BOX 88741

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

CHICAGO                    IL      60680-1741

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

UNITED MECHANICAL

11540 PLANO ROAD

PO BOX 551206

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DALLAS                    TX      75355-1206

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

UNIVAR - PERSONAL CARE AND FOOD INGRD

10889 BEKAY ST

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DALLAS                    TX      75238

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,988.63 |
|---|---|---|---|

UNOX, INC.

987 AIRLIE PARKWAY

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DENVER                    CO      28037

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor     **Stanford Sonoma Corp.**                                    Case number (if known)  **23-30748**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$28,224.00** |
| --- | --- | --- | --- |

**V.B. Stainless, Inc.**

**P.O. BOX 887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KENNEDALE**          **TX**    **76060**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$992.70** |
| --- | --- | --- | --- |

**WASTE CONNECTION**

**12150 GARLAND RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**          **TX**    **75218-1533**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**WAYNE'S INDUSTRIAL SERVICE, INC.**

**1409 AVENUE H**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**GRAND PRAIRIE**          **TX**    **75050**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$16,798.64** |
| --- | --- | --- | --- |

**WEBSTAURANT STORE**

**42 INDUSTRIAL CIRCLE**

**DEPARTMENT DOOR #21**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LANCASTER**          **PA**    **17601**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Stanford Sonoma Corp.**                                          Case number (if known)   **23-30748**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$3,351.29** |
|---|---|---|---|

WELDERS WAREHOUSE CORP.

P.O. BOX 565226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DALLAS                    TX      75356

**Date or dates debt was incurred**                **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**  __ __ __ __      ☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$30,392.19** |
|---|---|---|---|

Wells Bloomfield LLC.

265 HOBSON ST.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SMITHVILLE                TN      37166

**Date or dates debt was incurred**                **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**  __ __ __ __      ☐ Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$0.00** |
|---|---|---|---|

WESCO DISTRIBUTION INC

9400 N ROYAL

STE 100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

IRVING                    TX      75063

**Date or dates debt was incurred**                **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**  __ __ __ __      ☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$0.00** |
|---|---|---|---|

WICK, PHILLIPS, GOULD AND MARTIN LLP

3131 MCKINNEY AVENUE

STE 100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DALLAS                    TX      75204

**Date or dates debt was incurred**                **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**  __ __ __ __      ☐ Yes

Debtor     **Stanford Sonoma Corp.**                                       Case number (if known)   **23-30748**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                         Amount of claim

| 3.197 | Nonpriority creditor's name and mailing address |

**WILSON TOOL INTERNATIONAL**

**12912 FARNHAM AVENUE**

**WHITE BEAR LAKE**          **MN**     **55110**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.198 | Nonpriority creditor's name and mailing address |

**Winco**

**65 INDUSTRIAL ROAD**

**LODI**                **NJ**     **07644-2607**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,948.56**

---

| 3.199 | Nonpriority creditor's name and mailing address |

**WSM**

**665 MURLARK AVE NW**

**PO BOX 52888**

**SALEM**               **OR**     **97304**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,312.50**

---

| 3.200 | Nonpriority creditor's name and mailing address |

**Wycliff Douglas Foods, Inc.**

**4808 Eastover Circle**

**Mesquite**            **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Shareholder**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor     **Stanford Sonoma Corp.**                                      Case number (if known)  **23-30748**

---

## Part 3:     List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Bell Nunnally & Martin, LLP**  **2323 Ross Avenue, St 1900**  **Dallas          TX      75201** | Line  **3.60**  ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2**  **Blendon Roth Law Firm**  **2217 Harwood Rd**  **Bedford          TX      76021** | Line  **3.47**  ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**  **Cuccia Wilson, PLLC**  **1910 Pacific Street, St 18850**  **Dallas          TX      75201** | Line  **3.113**  ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**  **Law Offices of Charles E. Wear**  **Charles E. Wear, Jr.**  **1811 W. Park Row Dr.**  **Arlington          TX      76013** | Line  **3.48**  ☐ Not listed.  Explain: | __ __ __ __ |
| **4.5**  **Padfield & Stout, LLP**  **420 Throckmorton Street, St 1210**  **Fort Worth          TX      76102** | Line  **3.113**  ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Stanford Sonoma Corp.**                                    Case number (if known)    __23-30748__

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. __**$0.00**__ |
| 5b. | **Total claims from Part 2** | 5b. **+** __**$1,224,183.71**__ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. __**$1,224,183.71**__ |

**Fill in this information to identify the case:**

Debtor name     **Stanford Sonoma Corp.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number     **23-30748**                   Chapter     **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-30748** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Stanford Sonoma Corp.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **23-30748**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
   Copy line 88 from Schedule A/B.............................................................................................. | **$0.00**

   1b.   **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................................ | **$42,238.86**

   1c.   **Total of all property:**
   Copy line 92 from Schedule A/B.............................................................................................. | **$42,238.86**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ | **$0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... | **$0.00**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $1,224,183.71**

4.   **Total liabilities**
Lines 2 + 3a + 3b............................................................................................................................ | **$1,224,183.71**

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-30748** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2023**           X **/s/ Aaron Brewer**
      MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                                **Aaron Brewer**
                                                Printed name

                                                **Chief Executive Officer**
                                                Position or relationship to debtor