**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stanford Sonoma Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-30748** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **06/01/2022** | to Filing date | ☒ Operating a business<br>☐ Other _____ | **$128,614.00** |
| For prior year: | From **06/01/2021** | to **05/31/2022** | ☒ Operating a business<br>☐ Other _____ | **$4,310,082.00** |
| For the year before that: | From **06/01/2020** | to **05/31/2021** | ☒ Operating a business<br>☐ Other _____ | **$3,671,064.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Chubb Insurance**<br>Creditor's name<br>**PO Box 382001**<br>Street<br><br>**Pittsburgh**         **PA**    **15250**<br>City                          State     ZIP Code | 4/20/23 | $8,419.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |

Debtor  **Stanford Sonoma Corp.**                                    Case number (if known)  **23-30748**
Name

|      | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|------|-----------------------------|-------|------------------------|---------------------------------------------------------|
| 3.2. | **Dakota Premium Hardwoods**<br>Creditor's name<br><br>Street<br><br><br>City    State    ZIP Code | 3/24/23 | $13,903.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Garnished Funds** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

|      | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|------|----------------------------|-------|------------------------|----------------------------------|
| 4.1. | **See attached**<br>Insider's name<br><br>Street<br><br><br>City    State    ZIP Code<br><br>**Relationship to debtor**<br><br> |  |  |  |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☒ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-------------------------------------|----------------|
| 7.1. | **Dakota Premium Hardwoods, Inc. v. Stanford Sonoma**<br><br>**Case number**<br>**2022-1394-5** |  | **414th District, McLennan County, TX**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**Payments between Dickey's and Stanford Sonoma**

**CrossFirst Operations.com - 7408**

| Date | Description | | | | | Loan | Payment |
|---|---|---|---|---|---|---:|---:|
| 5/6/2022 | REF 1260947L | FUNDS TRANSFER TO DEP XXXXX1848 | FROM | | Loan Payment | | (5,000.00) |
| 6/23/2022 | REF 1741032L | FUNDS TRANSFER FRMDEP XXXXX4014 | FROM | ONE DAY LOAN TRANSFER | Dickeys Loan | 15,000.00 | |
| 6/23/2022 | REF 1741043L | FUNDS TRANSFER FRMDEP XXXXX4014 | FROM | ONE DAY LOAN TRANSFER PART 2 | Dickeys Loan | 2,000.00 | |
| 6/28/2022 | REF 1791147L | FUNDS TRANSFER FRMDEP XXXXX1848 | FROM | LOAN | Dickeys Loan | 5,000.00 | |
| 8/9/2022 | REF 2211055L | FUNDS TRANSFER FRMDEP XXXXX1848 | FROM | LOAN | Dickeys Loan | 200.00 | |
| 12/2/2022 | REF 3361332L | FUNDS TRANSFER FRMDEP XXXXX4231 | FROM | LOAN2187 | Dickeys Loan | 1,750.00 | |
| 01/13/2023 | PREAUTHORIZED WD STANFORD SONOMA ORS1 230113 | | | | Loan Payment | | (20,000.00) |
| 02/02/2023 | PREAUTHORIZED WD STANFORD SONOMA LOAN 230202 | | | | Loan Payment | | (35,000.00) |
| | | | | | | **23,950.00** | **(60,000.00)** |

Debtor **Stanford Sonoma Corp.** Case number (if known) **23-30748**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Captive-Aire Systems, Inc. v. Stanford Sonoma Corp** | | **Justice Court, P2P2, Dallas County, TX** | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number **JX-2200347E** | | | |
| 7.3. | **Ailco Equipment Finance Group, Inc. v. Stanford Sonoma Corp** | | **193rd District Court, Dallas County, TX** | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number **DC-23-03131** | | | |
| 7.4. | **Capitol Light v. Stanford Sonoma Corp.** | | **CC at Law #3, Tarrant County, TX** | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number **2023-000373-3** | | | |
| 7.5. | **Lee Roy Jordan Redwood Lumbar Company v. Stanford Sonoma and Trendon Morton** | | **18th District Court, Johnson County, TX** | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number **DC-C202200400** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

Debtor  **Stanford Sonoma Corp.**  Case number (if known) **23-30748**
_____Name_____

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☒ None

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☒ None

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

    | | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Spector & Cox, PLLC** | **Retainer: $7,500**<br>**Filinf Fee: $1,738** | **11-21-22** | **$9,238.00** |

    **Address**

    **12770 Coit Rd, St 850**
    Street

    **Dallas**          **TX**    **75251**
    City             State    ZIP Code

    **Email or website address**

    **Who made the payment, if not debtor?**
    **Dickeys Capital Group**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None

Debtor **Stanford Sonoma Corp.**　　　Case number (if known) **23-30748**
　　　　Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Schneider Industries, Inc.** | **Pellet Mill Sale** | **9/22/21** | **$125,000.00** |
| | Address | | | |
| | Street / City State ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | **Perfetion Gobal, LLC** | **Brake Press and Plasma Cutter** | **1/16/23** | **$37,000.00** |
| | Address | | | |
| | Street / City State ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.3. | **Perfection Global, LLC** | **Misc tooling and welding equipment** | **1/24/23** | **$7,000.00** |
| | Address | | | |
| | Street / City State ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor **Stanford Sonoma Corp.** Case number (if known) **23-30748**
      Name

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **CrossFirst Bank** | XXXX- 8 3 1 4 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 7/12/22 | $0.00 |

Debtor **Stanford Sonoma Corp.**                                          Case number (if known) **23-30748**
      Name

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

Debtor **Stanford Sonoma Corp.**     Case number (if known) **23-30748**
    Name

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Jamie Barnes** | From **2017** To _____ |
| 26a.2. | **Alejandro Moreno** | From **2018** To _____ |
| 26a.3. | **Greta Winn** | From **2018** To **2020** |
| 26a.4. | **April Hayes** | From **2020** To **2021** |
| 26a.5. | **Mona Gary** | From **2021** To _____ |

Debtor **Stanford Sonoma Corp.** Case number (if known) **23-30748**
      Name

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26a.6. | **Caroyln Flowers** <br> Name <br><br> Street <br><br> City    State    ZIP Code | From **2022** To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aaron Brewer** | **6627 Highgate Lane** <br> **Dallas, TX 75214** | **CEO/President/Secretary** | |
| **Trinity Hall** | **5649 Anita Street** <br> **Dallas, TX 75206** | **Sole Director** | |
| **Dickey's Capital Group, Inc.** | | shareholder | 45% |
| **Wycliff Douglas Foods, Inc.** | | shareholder | 45% |
| **Happy Manufacturing, Inc.** | | shareholder | 10% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Cullen Dickey** | | | From _____ To **6/1/22** |
| **Nikolaus Schwabe** | | **CEO** | From **7/21/17** To **6/1/22** |
| **Roland Dickey, Jr.** | | **Vice President and Secretary** | From **7/21/17** To **6/1/22** |
| **Trinity Hall** | | **Shareholder** | From _____ To **1/2/23** |

| Debtor | **Stanford Sonoma Corp.** | Case number (if known) | **23-30748** |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☒ No
- ☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2023**
MM / DD / YYYY

X **/s/ Aaron Brewer**          Printed name  **Aaron Brewer**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

- ☒ No
- ☐ Yes